**Order entered March 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01081-CR

**MONIQUE NESHAE ADLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F11-63320-H**

## ORDER

The Court **GRANTS** appellant's March 8, 2014 second motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/      LANA MYERS
         JUSTICE